United States District Court
for the
Tarrant county,

Plaintiffs,
Jason Wayne Lincoln    X
VS
                Defendants
Ashley Scott    X

Civil Action No. _____ 343

## SUMMONS IN A CIVIL ACTION

To: Ashley Scott   N/A

I was arrested on September 30th 2020 for a Burglary of a habitation, that was false. My situation was inhumane and my life was victimized by that. I have had sexual relationship with Ashley Scott, I was brought to the house when I was 9 years old on occasions, this defendant put my life unlawfully in jail even after the fact of her knowing of my situation. I was unlawfully convicted for no reason, I wasn't trying to go down this path, I was forced down it because of Ashleys ex husband (sean scott) who was killed on park row 5 min. from the location of our home.

Relief, I want a super fast way to fix my life and to live comfortably while free. I want my family...

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the federal Rules of civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiffs Attorney, whose name and address are: _____

If you fail to respond, Judgement by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

CLERK OF THE COURT

Date: March 20th 2023

Signature of Clerk or Deputy Clerk

In the United States District Court
for the _____

Case 4:23-cv-00311-P    Document 1    Filed 03/24/23    Page 2 of 3    PageID 2

```
                  Plaintiffs
                         X

         vs                      Affidavit
                                 Civil Action No. ___   3p2

                  Defendants

                         X
```

AFFIDAVIT OF [ _____ ]

I, _____ being duly sworn according to the law depose and say...
I am the Plaintiff in the above entitled proceeding.

_____
_____
_____
_____
_____
_____

All of the information I have submitted [in support of my request, Plaintiff's case, etc.] is true and correct.

_____ X

Sworn to before me this
____ day of ____ 20___

                                          Sign here by the Notary Public

                                          [Print Your Name]

_____ 361
NOTARY PUBLIC

3000 IN 35 South
New Braunfels Tx 78130

COMAL COUNTY JAIL
INMATE MAIL

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
21 MAR 2023 PM 2 L

U.S. District Court, Northern District of Texas
501 West 10th Street 310 Fort Worth TX 76102

**RECEIVED**
MAR 24 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal

X-R

7610233637 0024

Legal