UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JASON WAYNE LINCOLN,**

   Plaintiff,

v.　　　　　　　　　　　　　　　　　　No. 4:23-cv-0311-P

**ASHLEY SCOTT,**

   Defendant.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Jason Wayne Lincoln, are **DISMISSED**.

**SO ORDERED** on this **25th day** of **April 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE